IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA BETH UNDERLAND-WILLIAMS, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 3:11-0832 |
| v. | ) ) Judge Haynes |
| GUTTER GUARDIAN, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

IT IS ACCORDINGLY ORDERED that the above-captioned matter shall be dismissed with prejudice.

ENTERED this 28th day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge